FILED'06 MAR 07 13:03USDC-ORP

JAMES R. ABNEY, OSB No. 97194
DAVID P. COOPER, OSB No. 88036
ELIZABETH A. TEDESCO, OSB No. 05093
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
Facsimile: (503) 295-6679
e-mail: cooper@khpatent.com

Attorneys for Plaintiff FLIR Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| FLIR SYSTEMS, INC. | ) | Case No. 05-1011 KI |
| Plaintiff, | ) | |
| v. | ) | |
| ISG THERMAL SYSTEMS USA, INC. | ) | ORDER DISMISSING CASE WITH PREJUDICE |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), and pursuant to a settlement agreement executed by the parties to this case, IT IS ORDERED that this matter is dismissed with prejudice.

IT IS FURTHER ORDERED that each party will be responsible for all of its own costs, fees and expenses, including attorney fees.

Page 1 - ORDER DISMISSING CASE WITH PREJUDICE, Case No. 05-1011 KI

Dated this 7th day of March, 2006.

/s/ Garr M. King
Hon. Garr M. King
District Court Judge